IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| QUINCY B. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:13-CV-801-WKW |
| | ) | [WO] |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On November 16, 2015, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 10.) Based upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED as follows:

(1)  The Recommendation (Doc. # 10) is ADOPTED;

(2)  Plaintiff Quincy B. Jones's 28 U.S.C. § 2255 motion is DENIED; and

(3)  This action is DISMISSED with prejudice.

A final judgment will be entered separately.

DONE this 23rd day of December, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE